IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | : | CIVIL ACTION |
| | : | NO. 10-4960 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PPL CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this **25th** day of **October, 2013,** for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion for Partial Summary Judgment (ECF No. 44) is **GRANTED** as to Count II of Plaintiff's Complaint (strict liability) (ECF No. 1).

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,      J.**